1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  JOEL WHITE,

9                              Petitioner,            Case No. C20-701-RSL-MLP

10        v.                                        REPORT AND RECOMMENDATION

11  RONALD HAYNES,

12                              Respondent.

13

14        Petitioner, proceeding *pro se*, is currently incarcerated at the Stafford Creek Corrections

15  Center in Aberdeen, Washington. On May 28, 2020, Petitioner filed a petition for a writ of

16  habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. # 4.) Petitioner seeks to challenge a 2013

17  judgment and sentence of the King County Superior Court. (*Id.* at 1.) On June 2, 2020, this Court

18  issued an Order requesting Petitioner to show cause why his petition should not be dismissed as

19  barred by the one-year limitations period in § 2254 habeas actions. (Dkt. # 6.)

20        On July 2, 2020, Petitioner responded by submitting a "Motion of Dismissal." (Dkt. # 7.)

21  Petitioner acquiesces that he does not believe he would be successful in receiving the relief

22  sought in his petition and requests that this Court dismiss his petition without prejudice. (*Id.* at

23  1.)

REPORT AND RECOMMENDATION - 1

1    Under Federal Rule of Civil Procedure 41(a)(i), a petitioner may dismiss an action

2  without a court order by filing a notice of dismissal before the opposing party serves either an

3  answer or a motion for summary judgment. Here, Petitioner's "Motion of Dismissal"

4  functionally serves as a notice of dismissal and Respondent has not filed an answer or a motion

5  for summary judgment. Accordingly, the Court recommends Petitioner's proposed habeas

6  petition (dkt. # 4) be DISMISSED without prejudice and that Petitioner's Motion to Amend

7  § 2254 Petitioner (dkt. # 5) be DENIED as moot. A proposed order accompanies this Report and

8  Recommendation.

9    Objections to this Report and Recommendation, if any, should be filed with the Clerk and

10  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

11  and Recommendation is signed. Failure to file objections within the specified time may affect your

12  right to appeal. Objections should be noted for consideration on the District Judge's motions

13  calendar for the third Friday after they are filed. Responses to objections may be filed within

14  **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be

15  ready for consideration by the District Judge on **July 31, 2020**.

16    The Clerk is directed to send copies of this Report and Recommendation to the parties

17  and to the Honorable Robert S. Lasnik.

18    Dated this 7th day of July, 2020.

19

20    MICHELLE L. PETERSON
       United States Magistrate Judge

21

22

23

REPORT AND RECOMMENDATION - 2