UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL WHITE,

        Petitioner,

v.

RONALD HAYNES,

        Respondent.

Case No. C20-701-RSL

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation;

(2)     Petitioner's habeas petition is DISMISSED without prejudice;

(3)     Petitioner's motion to amend is DENIED as moot; and

(4)     The Clerk is directed to send copies of this Order to the parties.

Dated this 5th day of August, 2020.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER OF DISMISSAL - 1